**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN THE MATTER OF: | Case No. 9-00753 (ESL) |
| **ISMAEL DELGADO LABOY** | |
| **LAURA RAMOS ROSARIO** | Chapter 7 |
| Debtors | |
| | Adversary No. 09-00047 (ESL) |
| **ISMAEL DELGADO LABOY** | |
| **LAURA RAMOS ROSARIO** | |
| Plaintiffs | |
| v. | |
| **FIRSTBANK** | |
| **PR ACQUISITIONS LLC** | |
| **REDLINE RECOVERY SERVICES LLC** | |
| **OPERATING PARTNERS CO INC.** | |
| Defendants | |

**REQUEST TO CONVERT PRE-TRIAL CONFERENCE TO STATUS CONFERENCE**

COMES NOW, by counsel, codefendant PR Acquisitions, LLC (hereinafter "PRALLC") and respectfully STATES, ALLEGES and PRAYS as follows:

1. This Court has set a pretrial conference in this matter for May 4, 2010 at 10:00 a.m.

2. Discovery is in process and will not be completed in advance of May 4.

3. For this reason, we request the Court to convert the pre-trial hearing scheduled for May 4, 2010 to a status conference, or in the alternative to reset the pretrial date to a date after August 15, 2010.

WHEREFORE, PRALLC respectfully prays the Court to convert the pretrial conference scheduled for May 4, 2010 to a status conference or in the alternative to reset the pretrial date to a date after August 15, 2010, for the reasons expressed herein.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on April 22, 2010.

CERTIFICATE OF SERVICE: I hereby certify that on this same date a true copy of the foregoing motion has been served via the CM/ECF system to all registered users.

**O'NEILL & GILMORE**
Legal counsel for PR Acquisitions LLC
Citibank Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Tel. 787-620-0670;
Fax 787-620-0625
Email: cpg@go-law.com


*/s/   Charles P. Gilmore*
Charles P. Gilmore, Esq.
USDC No. 209614


*/s/   Lucas A. Córdova-Ayuso*
Lucas A. Córdova-Ayuso, Esq.
USDC-PR No. 226805